**FILED**
APR 27 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ALEXANDRA BUTCHER (1),<br>JESUS ANGEL PAZ-ESTAVILLO (2),<br><br>        Defendants. | Criminal Case No. 10CR1542-LAB<br><br>I N F O R M A T I O N<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(i) and (v)(II)<br>- Bringing in Illegal Aliens and<br>Aiding and Abetting |

The United States Attorney charges:

On or about April 10, 2010, within the Southern District of California, defendants ALEXANDRA BUTCHER and JESUS ANGEL PAZ-ESTAVILLO, with the intent to violate the immigration laws of the United States, did bring or attempt to bring into the United States an alien, namely, Israel Lopez-Ramirez, knowing that said person was an alien, at a place other than a designated port of entry and at a place other than as designated by the Department of Homeland Security; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i) and (v)(II).

DATED: 4/27/10.

KAREN P. HEWITT
United States Attorney

HELEN H. HONG
Assistant U.S. Attorney

HHH:rp:San Diego
4/21/10