```
 1  KAREN P. HEWITT
    United States Attorney
 2  HELEN H. HONG
    Assistant United States Attorney
 3  California State Bar No. 235635
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7459
 6
    Attorneys for Plaintiff
 7  United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 10CR1542-LAB |
|---|---|---|
| Plaintiff, | ) ) | GOVERNMENT'S SENTENCING SUMMARY CHART |
| v. | ) ) | |
| JESUS ANGEL PAZ-ESTAVILLO, | ) ) | Honorable Larry A. Burns Date: June 2, 2010 |
| Defendant. | ) | Time: 9:30 am |

The United States Attorney charges:

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Helen H. Hong, Assistant United States Attorney, and hereby files the attached Government's Sentencing Summary Chart regarding the above-referenced matter.

DATED: May 27, 2010.

        KAREN P. HEWITT
        United States Attorney

        s/ Helen H. Hong
        HELEN H. HONG
        Assistant U.S. Attorney
        Email: Helen.Hong@usdoj.gov

# SENTENCING SUMMARY CHART

USPO ___
AUSA __X__
DEF ___

Defendant's Name: JESUS ANGEL PAZ-ESTAVILLO          Docket No. 09CR3042-JAH

Attorney's Name: HELEN H. HONG          Phone No.: (619) 557-7459

Guideline Manual Used: November 1, 2009          Agree with USPO Calc.: ___

Base offense Levels: (Drug Quantity if Applicable:)          §2L1.1(a)(3)   12

Specific Offense Characteristics:

Victim Related Adjustment:

Adjustment for Role in the Offense:

Adjustment for Obstruction of Justice:

Adjustment for Reckless Endangerment During Flight:

Adjusted Offense Level:          12
___ Combined (Mult. Counts)  ___ Career Off.  ___ Armed Career Crim.

Adjustment for Acceptance of Responsibility: [Government Motion-USSG § 3E1.1(b)]   -2

Total Offense Level:          10

Criminal History Score:          0

Criminal History Category:          I
___ Career Offender  ___ Armed Career Criminal

Guideline Range:          from   6   mths
(Range limited by: ___ minimum mand. ___ statutory maximum          to   12   mths

Departures:
Fast track 5K2.0          -2

Resulting Guideline Range: Adjusted Offense Level   8          from   0   mths
                                                                to   6   mths

**RECOMMENDATION**:   60 days jail, 3 years supervised release

HHH:rp:05/27/2010

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESUS ANGEL PAZ-ESTAVILLO<br><br>        Defendant. | Criminal Case No. 10CR1542-LAB<br><br>**CERTIFICATE OF SERVICE** |

The United States Attorney charges:

IT IS HEREBY CERTIFIED THAT:

I, Helen H. Hong, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of Government's Sentencing Summary Chart on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

to:   Elizabeth M. Barros

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2010.

                                                  s/ Helen H. Hong
                                                  HELEN H. HONG